CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

November 08, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAWN ANTHONY HOUSE, | ) |
| Plaintiff, | ) Case No. 7:24-cv-00675 |
| v. | ) **MEMORANDUM OPINION** |
| UNKNOWN, | ) By: Hon. Thomas T. Cullen |
| | ) United States District Judge |
| Defendant. | ) |

Plaintiff Shawn Anthony House, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 without naming any Defendant. (*See* Compl. 1 [ECF No. 1].) On October 2, 2024, the Court ordered Plaintiff to submit a prisoner trust account report for the six-month period immediately preceding the filing of the complaint and to file an amended complaint that named a defendant in the case caption. (Order 1–4 [ECF No. 3].) The Court advised Plaintiff that failure to submit the requested information and file an amended complaint within 30 days would result in dismissal of this action without prejudice. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has not sent the requested information or filed an amended complaint as ordered. Accordingly, the Court will dismiss the action without prejudice for failure to prosecute and to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

**ENTERED** this 7th day of November, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE